## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:04CR500 |
| GARY BAUMAN, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    IT IS ORDERED that the following is set for hearing on **June 8, 2005** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Arraignment on Superseding Indictment and Detention Hearing

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 25th day of May, 2005.

                               BY THE COURT:

                               s/ F.A. Gossett
                               United States Magistrate Judge