IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CR500 |
| vs. | ) | |
| | ) | ORDER |
| GARY BAUMAN, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Michael F. Maloney regarding substitution of counsel as Carlos A. Monzón has terminated his employment at the Federal Public Defenders Office. The record shows that Michael F. Maloney has entered his appearance as substitute counsel [46].

    **IT THEREFORE IS ORDERED** that the Motion to Substitute Counsel [47] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that Michael F. Maloney will represent the defendant in this matter.

    **DATED September 20, 2005.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**